# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Walker,<br><br>      Plaintiff,<br><br>  v.<br><br>Burger King Corporation, a Florida Corporation; and Does 1-10,<br><br>      Defendants. | Case No.: CV 21-257-GW-AFMx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 12, 2021<br>Trial Date:   Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Burger King Corporation is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 21, 2021

*/s/ George H. Wu*
Hon. George H. Wu
United States District Judge